IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RICHLAND RESOURCES | § | CASE NO. 13-42921 |
| CORPORATION | § | |
| d/b/a Richland International Resources | § | |
| Corporation, | § | |
| MANEK ENERGY PRESSURE | § | CASE NO. 13-42922 |
| PUMPING, LLC, | § | |
| MANEK ENERGY HOLDINGS, INC. & | § | CASE NO. 13-42924 |
| RICHLAND RESOURCES CORP. | § | |
| d/b/a RRCH Corp. | § | CASE NO. 13-42925 |
| | § | |
| Debtors. | § | |

## ORDER GRANTING AGREED MOTION FOR FURTHER CONTINUANCE

On this date, came to be considered the *Agreed Motion for Further Continuance* (the "Motion for Continuance") filed by C&J SPEC-RENT SERVICES, INC. and CASEDHOLE SOLUTIONS, INC. (the "Movants"). The Motion for Continuance seeks to continue the May 20, 2014 hearing on the *Motion of C&J Spec-Rent Services, Inc. and Casedhole Solutions, Inc. for (i) a Determination that the Automatic Stay Does Not Prohibit Severance Of Certain Claims Asserted in State-Court Lawsuit, or (ii) in the Alternative, for Relief from Stay Under Bankruptcy Code § 362(d)(1) to Permit the State Court to Sever and Adjudicate Such Claims and Request for a Hearing in Plano, Texas* [Case No. 13-42921, D.I. 54] [Case No. 13-42924, D.I. 29] [Case No. 13-42922, D.I. 32] [Case No. 13-42925, D.I. 105] (the "Motions"). The parties to the Motions have agreed to the relief requested, and the relief requested should be granted.

**IT IS THEREFORE ORDERED** that the May 20, 2014 hearing on the Motions filed in the above-styled bankruptcy cases is continued and will be rescheduled to July 14, 2014 at 9:30 a.m. to be held in this Court on the same date and time as a hearing to be scheduled on a motion (the "9019 Motion") to be filed by Jason R. Searcy, the Chapter 11 Trustee appointed in the bankruptcy case styled *In re Richland Resources Corp. d/b/a RRCH*, Case No. 13-42925 (the "RRCH Bankruptcy Case"), to approve a settlement of the adversary proceeding

styled *Richland Resources Corp. v. Steadfast Resources, LLC*, et al., Adv. Proc. No. 14-04004 (the "Lawsuit" (the "Chapter 11 Trustee"), in accordance with Rule 9019 of the Federal Rules of Bankruptcy Procedure and applicable law.

Signed on 5/16/2014

*Brenda T. Rhoades*    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE