FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

2017 JAN -3 PM 1:40

BY_____DEPUTY

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-42925 |
| | § | |
| RICHLAND RESOURCES CORP. | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | |

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Platinum Energy Solutions, Inc. and Platinum Pressure Pumping, Inc.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Whitebox Multi-Strategy Partners, L.P.** and **Whitebox Credit Partners, L.P.** ("Assignee") all of its right, title and interest in and to, or arising under or in connection with its claim (as such term is defined in Section 101(5)(A) of Title 11 of the United States Code) evidenced by proof of claim number 54-1 filed against RICHLAND RESOURCES CORP. (the "Debtor"), Chapter 11 Case No. 13-42925, United States Bankruptcy Court for the Eastern District of Texas (the "Bankruptcy Court").

Assignor hereby acknowledges and consents to all of the terms set forth in the Assignment of Claim and hereby waives its right to raise any objections thereto and its right to receive notice pursuant to Federal Rule of Bankruptcy Procedure 3001. Upon the transfer of the claim becoming effective, Assignor consents to the substitution of Assignee for Assignor for all purposes in the Bankruptcy Case.

Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further agrees that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30th DAY OF DECEMBER, 2016.

PLATINUM PRESSURE PUMPING, INC.
And
PLATINUM ENERGY SOLUTIONS, INC.

By: /s/ Joshua A. Verde
 Joshua A. Verde
Its: President

## CERTIFICATE OF SERVICE

I certify that the foregoing Evidence of Transfer of Claim and accompanying Transfer of Claim for Other than Security has been sent to the service list attached as Exhibit A by U.S. Mail and to those electing to receive electronic service via ECF on December 30, 2016.

/s/ Joshua A. Verde
Joshua A. Verde

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

In re  Richland Resources Corp._____,   Case No. __13-42925__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Whitebox Multi-Strategy and Credit | Platinum Energy Holdings, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
3033 Excelsior Boulevard, Suite 300
Minneapolis, MN 55416

Court Claim # (if known): __54-1__
Amount of Claim: __$5,419,320.64__
Date Claim Filed: __04/02/2014__

Phone: __6123552004__
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_   Date: _12/30/2016_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT A

Label Matrix for local noticing
0540-4
Case 13-42925
Eastern District of Texas
Sherman
Fri Dec 30 15:08:31 CST 2016

5 J Oilfield Services LLC
4090 N Highway 79
Palestine TX 75801-7065

A2D Technologies, Inc.
dba TGS Geological Products
Attn: Legal Department
10451 Clay Road
Houston, TX 77041-8753

AFCO Insurance Premium Finance
12160 Abrams Road Suite 301-L B 51
Dallas TX 75243-4641

AT&T
208 S Akard Street
Dallas TX 75202-4206

AT&T Mobility
PO Box 537104
Atlanta GA 30353-7104

Accurate Pumping and Contracting Inc
Sandblasting and Painting Div.
P.O. Box 670
Mexia, TX 76667-0670

Acme Truck Line Inc
200 Westbank Expy
Gretna LA 70053-5615

Advanced Fluids Technologies of
PO Box 52801
Lafayette, LA 70505-2801

Aetna Life Insurance Company
151 Farmington Avenue
Hartford CT 06156-0002

Albert Black, III, Receiver
1133 South Madison Avenue
Dallas, TX 75208-6726

Ally Financial
200 Renaissance Center
Detroit, MI 48243-1300

Ally Financial Inc.
c/o Beasley, Hightower & Harris, P.C.
1601 Elm Street
Suite 4350
Dallas, TX 75201-7234

Ally Financial serviced by Ally Servicing LL
PO Box 130424
Roseville, MN 55113-0004

Amerril Energy LLC
c/o Corey Seel
Mehaffy Weber
500 Dallas Suite 1200
Houston TX 77002-4805

Amerril Energy, LLC
c/o Corey J. Seel
MehaffyWeber, PC
500 Dallas, Suite 1200
Houston, TX 77002-4805

Anchor Drilling Fluids USA Inc
2431 E 61 Street # 710
Tulsa OK 74136-1211

Anchor Drilling Fluids USA, Inc.
2434 E. 61st Street #710
Tulsa, OK 74136

Aqua Transfer & Energy Services
111 W. 3rd Ave., Suite D
Corsicana, TX 75110-4685

Aqua Transfer and Energy Services LLC
309 N Beaton Street
Corsicana TX 75110-4623

Aqua Transfer and Energy Services, L.L.C.
c/o George Yu-Fu King
Cavazos, Hendricks, Poirot & Smitham
900 Jackson Street, Suite 570
Dallas, Texas 75202-2413

Argo Partners
12 W. 37th Street, 9th Floor
New York, NY 10018-7381

Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018-7381

Aztec Pipe Inc
116 Lafferty Drive
Broussard LA 70518-3103

Aztec Pipe Inc
c/o Brian E Bro
3911 Wood Park
Sugar Land, TX 77479-2838

B Finley Oilfield Services
RR 2 Box 138
Fairfield TX 75840

B&B Inspections
Marvin P Brooks
P.O. box 3750
San Angelo, TX 76902-3750

BWS Services LLC
1560 LCR 244
Mexia TX 76667-5017

Baker Hughes  Christianson
Global Headquarters
2929 Allen Parkway Suite 2100
Houston TX 77019-7111

Baker Hughes  Fluids
Global Headquarters
2929 Allen Parkway Suite 2100
Houston TX 77019-7111

Baker Hughes Oilfield Operations Inc
c/o William R Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway Suite 1700
Houston TX 77019-2125

Baker Hughes Oilfield Operations, Inc.
c/o William R. Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125

Baker Oil Tools
6023 Navigation Blvd
Houston TX 77011-1131

Barnett Well Services LLP
12310 Cleburne Highway
Cresson TX 76035-3118

Barnett Well Services LP
c/o Christopher J Jameson Jr
Jameson & Dunagan PC
3890 W Northwest Hwy Suite 600
Dallas TX 75220-5236

Barrileaux, Inc
c/o George M Robinson
129 S Mount
Fairfield TX 75840-1531

Barrilleaux Inc
1412 Broad Street
Oakwood TX 75855-4563

Bart Dalton, Counsel for Receiver
J. Michael Ellis
Crouch & Ramey LLP
2001 Ross Avenue Suite 4400
Dallas TX 75201-2924

Basin Drilling 2 LP
1121 ESE Loop 323
Suite 218
Tyler, TX 75701-9694

Basin Drilling 2 LP
c/o Worthy Walker
ELROD, PLLC
500 N. Akard, Ste. 3000
Dallas, TX 75201-6630

Basin Drilling 2, L.P.
1121 ESE Loop 323
Suite 218
Tyler, TX 75701-9694

Basin Drilling 2, LP
c/o Michael Coker
4540 Kinsey Dr
Tyler TX 75703-1005

Bass Fishing & Rentals, LLC
c/o Keeling Patents & Trademarks
3310 Katy Freeway, Suite 200
Houston, TX 77007-3603

Bass Fishing and Rentals LLC
1197 Magolia Road
Waskom, TX 75692-5217

Bass Fishing and Rentals LLC
1197 Magnolia Road
Waskom TX 75692-5217

Beaver Pipeline Construction LLC
15410 Stoltje Drive
Conroe TX 77306-6912

Beavers Specialty Inc
893 I 49 Service Road
Sunset LA 70584-5456

Bell Supply Company
Corporate Headquarters
114 E Foreline
Gainesville TX 76240-3320

Bell Supply Company
c/o Christopher J Jameson Jr
Jameson & Dunagan PC
3890 W Northwest Hwy Suite 600
Dallas TX 75220-5236

Benchmark Logistics Inc
105 Commerce Street
Alice TX 78332-2904

Bill Watson Auction Service
P.O. Drawer 713
Kilgors, TX 75663-0713

Albert Black, III
c/o W. Alan Wright
Crouch and Ramey, LLP.
2001 Ross Ave.
Suite 4400
Dallas, TX 75201-2924

Boss-Chem Corp
PO Box 502
Snook TX 77878-0502

James E. Bradley
Bradley Law Firm
5718 Westheimer Rd., Ste. 1525
Houston, TX 77057-5832

Marvin Brooks
B&B Inspections
P.O. Box 3750
San Angelo, TX 76902-3750

James S. Brouner
The Law Office of Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251-1366

Thomas Hugo Brown
116 N. Kilgore Street
Kilgore, TX 75662-5822

Bruce Franks Rentals LLC
1503 FM 20 East
Lockhart TX 78644

William Steven Bryant
Locke Lord LLP
600 Travis Street, Suite 2800
Houston, TX 77002-2914

Buffalo Leasing Inc
Drawer R
Buffalo TX 75831-1082

Byars Oilfield Services LLC
9736 Main Street
Batson TX 77519

C W Ford Rentals
Corporate Headquarters
PO Box 3156
Kilgore TX 75663-3156

C&C Oilfield Hauling
3708 County Road 2526
Royse City TX 75189-4422

C&C Oilfield Services, LLC
8409 Blocker Rd
Marshall TX 75672

C&J Spec Rent/CasedHole
c/o Daniel J Pettit
Locke Lord
2800 JPMorgan Chase Tower, 600 Travis St
Houston TX 77002

C&J Spec-Rent Services, Inc
4460 Highway 77
Robstown TX 78380

C&J Spec-Rent Services, Inc.
c/o W. Steven Bryant
Locke Lord LLP
600 Travis Street, Ste. 2800
Houston, Texas 77002-2914

COCI Group Inc
6707 Brentwood Stair Road Suite 500
Fort Worth TX 76112-3334

COT Oil Tool Inc
PO Box 1619
1106 CR 234
Spindletop Industrial Park
Giddings TX 78942-1479

Canrig Drilling Technology Ltd
c/o Lauri McDonald
515 W. Greens Rd.
Houston, TX 77067-4536

Casedhole Solutions Inc
1160 N Dairy Ashford Road
Houston TX 77079-3097

Casedhole Solutions, In.c
1160 N. Dairy Ashford Road
Houston, TX 77079-3097

Casedhole Solutions, Inc.
c/o Locke Lord LLP
600 Travis Street, Ste. 2800
Houston, TX 77002-2914

Casedhole Solutions, Inc.
c/o W. Steven Bryant
Locke Lord LLP
600 Travis Street, Ste. 2800
Houston, Texas 77002-2914

Catalyst Finance L P  assignee for
1136 N Kirkwood Road
Houston TX 77043-4543

Craig H. Cavalier
P.O. Box 270565
Houston, TX 77277-0565

Arnaldo N. Cavazos Jr.
Cavazos, Hendricks, Poirot & Dewey, P.C.
900 Jackson Street, Suite 570
900 Jackson
Dallas, TX 75202-4404

Centex Supply
1618 State Highway 75
Madisonville TX 77864

Centex Supply
c/o David Hammit, LLC
109 S Madison St
Madisonville TX 77864-1902

Champion Technologies Inc
113 Illinois Street
Rhome TX 76078-3052

Scott Thomas Citek
Lamm & Smith PC
3730 Kirby Drive
Suite 650
Houston, TX 77098-3930

City of Rockwall
385 S Goliad St
Rockwall TX 75087-3737

City of Sulphur Springs
125 S Davis St
Sulphur Springs TX 75482-2798

Clements Fluids Buffalo LTD
Tyler Management Office
4710 Kinsey Drive Suite 200
Tyler TX 75703-1009

Clements Fluids Buffalo, Ltd.
c/o Scott A. Ritcheson
Ritcheson, Lauffer & Vincent, P.C.
821 ESE Loop 323, Ste. 530
Tyler, TX 75701-9779

Clements Fluids Buffalo, Ltd.
c/o Scott A. Ritcheson
Ritcheson, Lauffer & Vincent, P.C.
821 ESE Loop 323, Ste. 530
Tyler, Texas 75701-9779

Clinton McKnight
McKnight Services LLC
161 CR 2920
Shelbyville TX 75973-3477

Coastal Chemical Co LLC
c/o Michelle A Ratcliffe
1010 W Ralph Hall Parkway Ste 200
Rockwall TX 75032-6656

Coastal Chemical Co LP
3520 Veterans Memorial Drive
Abbeville, LA 70510-5708

Coastal Chemical Co., LLC
Brenntag North America
c/o Steed Flagg Lamberth LLP
1010 W. Ralph Hall Parkway, Suite 100
Rockwall, TX 75032-6656

Cole Enterprises
14 Rosedale Brook CT
The Woodlands TX 77381-2615

Joseph O. Collins Jr.
Kessler & Collins, P.C.
2100 Ross Avenue, Suite 750
Dallas, TX 75201-6707

Donald W. Cothern
Kent, Anderson & Bush, P.C.
1121 E.S.E. Loop 323
Woodgate I
Suite 200
Tyler, TX 75701-9694

Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019-2125

Crossroads Services
PO Box 332
Tomball TX 77377-0332

DNOW L.P.
7402 N. Eldridge Parkway
Houston, TX 77041-1902

Daiker Partners
701 Justin Road
Rockwall TX 75087-4840

Daniel & Son
101 Childs Bldg
Fairfield TX 75840

Dentons US LLP
2000 McKinney Avenue Suite 1900
Dallas TX 75201-1957

Diamond Tank Rental Inc
2655 S County Road W
Odessa TX 79766-8807

Diversified Well Logging
c/o Eugene W Barr
Chaffe McCall
801 Travis St Suite 1910
Houston TX 77002-5730

Diversified Well Logging LLC
711 W 10th Street
Reserve LA 70084-6919

Carl Dore
Dore Law Group, PC
17171Park Row, Ste 160
Houston, TX 77084-4927

Double H Hotshot Services Inc  (Google a
3201 Big Pond Road
Columbia Cross Roads PA 16914-7818

Doug Dunlap
Great White Pressure Control, LLC
10613 W. Sam Houston Pkwy. N
Suite 600
Houston, TX 77064-4663

E L Farmer & Company
PO Box 3512
Odessa, TX 79760-3512

E L S  Surveying & Map Inc
2004 Grande Blvd
Tyler TX 75703-0537

E L S Surveying and Mapping
c/o William Lewis Sessions
Sessions & Schaffer PC
14951 North Dallas Parkway Suite 400
Dallas TX 75254-6859

EA Ely and Associates of Texas LLC
19500 State Hwy 249 Suite 140
Houston TX 77070-3015

Eddye Dreyer Financial Services LLC
4925 Greenville Avenue Suite 900
Dallas TX 75206-4021

John Michael Ellis
Kilpatrick Townsend & Stockton
2001 Ross Ave Ste 4400
Dallas, TX 75201-2924

Emergency Site Protection
191 W Lake Drive
Medicine Park OK 73557

Envirochem
425 Whitehead Avenue
South River NJ 08882-2536

Essential Logistics LLC
8601 Fairbanks North Houston Rd
Houston TX 77064-7941

Exclusive Energy Services LLC
c/o Kenneth Oden, Jr.
PO Box 3438
Alice, TX 78333-3438

Express Energy Services Operating Co
c/o Michael J Dulaney
Sullins Johnston Rohrbach & Magers
3200 Southwest Freeway Suite 2200
Houston TX 77027-7533

Express Energy Services Operating LP
9800 Richmond Avenue # 700
Houston TX 77042-4685

Express Energy Services Operating, LP
c/o Michael Dulaney
Sullins & Johnston
3200 Southwest Freeway, Suite 2200
Houston, TX 77027-7533

Expro Americas LLC
M. Gaddy Wells, Downs StanfordP.C.
2001 Bryan Street, ste 4000
Dallas,TX 75201-3041

Expro Americas, LLC
738 Highway 6 S
Suite E 1000
Houston, TX 77079-4041

Expro Americas, LLC
c/o Ernest M Martin
Currier & Martin
12777 Jones Rd Suite 165
Houston TX 77070-4667

Fas-Line Services
c/o Michael Coker
4540 Kinsey Dr
Tyler TX 75703-1005

Fas-Line Services Inc
c/o Worthy Walker
ELROD, PLLC
500 N. Akard, Ste. 3000
Dallas, TX 75201-6630

Fas-Line Services, Inc.
P.O. Box 3009
Kilgore, TX 75663-3009

Federal Express
Three Galleria Tower
13155 Noel Road Suite 1600
Dallas TX 75240-5032

Fleming Oilfield Services LP
6655 Old Reliance Rd
Bryan TX 77808-8461

Flowers Davis P L L C
1021 ESE Loop 323 Suite 200
Tyler TX 75701-9607

Heather M. Forrest
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202-3748

(p)FOX TANK COMPANY
P O BOX 2260
ALBANY TX 76430-8011

Fox Tank Company
Attn.: R. Nathan Fox
117 Airport Commerce Pkwy.
Kerrville, Texas 78028-7013

Fox Tank Company
c/o Colton P Johnson
316 S Second St
Albany TX 76430-2511

Fox Tank Company
c/o Donald W. Cothern
Law office of Donald W. Cothern
202 West Erwin St., Ste. 200
Tyler, TX 75702-7389

Franks Water Pumping
1921 S. Magnolia
Luling, TX 78648-4070

Franks Water Pumping/Construction, LLC
c/o David Zdunkewicz, Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002-2929

Fred Brewer Sales Inc
720 D Street
Elgin OK 73538-9130

Frontier Services Inc
2404 US Hwy 281
Alice TX 78332-2967

Frontier Services, Inc.
P O Box 3438
Alice, Texas   78333-3438

Richard L. Fuqua
5005 Riverway, Suite 250
Houston, TX 77056-2131

Glacier Financial Partners, Ltd Co
c/o Adam F Massey
1221 McKinney St Suite 4400
Houston TX 77010-2023

Globe Energy Services, LLC
C/o Jameson and Dunagan, P.C.
3890 W. Northwest Highway, Suite 600
Dallas, Texas 75220-5236

Go Energy Services
224 South Commercial Unit C
Goliad TX 77963-4189

Matthew A. Gold
Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018-7381

Gollob Morgan Peddy & Co., PC
1001 ESE Loop 323, Ste. 300
Tyler, TX 75701-8609

Great White Pressure Control LLC
4500 SE 59th Street
Oklahoma City OK 73135-3326

Great White Pressure Control, LLC
c/o Zachary S. McKay
Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, TX 77084-4927

Great White Pressure Control, LLC
c/o Margaret Banahan
Dore Law Group PC
17171 Park Row Suite 160
Houston TX 77084-4927

Great White Pressure Control, LLC
c/o Zachary S. McKay
Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084-4927

Greene s Energy Group
11757 Katy Frwy
Houston TX 77079-0011

Gulf Coast Bank and Trust Co
200 St Charles Ave
New Orleans LA 70130-2997

Gulf Coast Brokerage Inc
PO Box 351
Sweeny TX 77480-0351

HCTRA Violations
7701 Wilshire Place Drive
Houston TX 77040-5326

Christopher Neil Hackerman
Doyle Restrepo Harvin & Robbins LLP
440 Louisiana, Suite 2300
Houston, TX 77002-4205

Hamilton Engineering
c/o Peter Scaff & Amy Cespedes
Gardere Wynne, Sewell
1000 Louisiana, Suite 3400
Houston TX 77002-5011

Hamilton Engineering Inc
777 Post Oak Blvd Suite 400
Houston TX 77056-3222

Deena Hassouneh
C & J Spec-Rent Services, Inc.
Cased Hole Solutions, Inc.
10375 Richmond Ave., Ste. 1910
Houston, TX 77042-4493

Hein & Associates LLP - Dallas Office
14755 Preston Road Suite 320
Dallas TX 75254-6833

Henry Howard Services LLC
PO Box 387
Carthage, TX 75633-0387

Jon Paul Hoelscher
Coats, Rose, Yale, Ryman & Lee PC
9 Greenway Plaza, Suite 1100
Houston, TX 77046-3653

Hopkins County Tax Assessor
118 Church St
Sulphur Springs TX 75482-2602

Integrated Petroleum Technologies Inc
405 Urban Street Suite 401
Lakewood CO 80228-1221

Integrated Production Services Inc
16800 Greenspoint Park Dr.
Suite 200S
Houston, TX 77060-2300

Integrated Production Services, Inc.
c/o William R. Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019-2125

Integrated Production Services, Inc.
11700 Katy Freeway, Suite 300
Houston, TX 77079-1218

Integrated Production Services, Inc.
c/o Wiliam R. Sudela
Crady Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019-2125

Intergrated Petroleum Technologies, Inc.
405 Urban Street, Suite 401
Lakewood, CO 80228-1221

J & B Propane
3406 Texas 21
Madisonville TX 77864

J D Factors LLC
700 Billstown Road
Delight AR 71940-8190

Susan Hardie Jacks
Mehaffy Weber, PC
500 Dallas, Suite 1200
Houston, TX 77002-4805

Christopher J. Jameson
Jameson & Dunagan, P.C.
5429 LBJ Freeway Suite 700
Dallas, TX 75240-2610

Jim Gandy Rig Welding LLC
1030 CR 137
Ledbetter TX 78946-7004

Jim Gandy Rig Welding, LLC
c/o Tim Kleinschmidt, Attorney at Law
P.O. Box 507
Giddings, TX 78942-0507

K D Timmons
c/o Jay B Goss
Bruchez Goss Thorntoan Meronoff & Hawt
4343 Carter Creek Pkwy., Ste. 100
Bryan, TX 77802-4455

KD Timmons v MEPP, Richland, Max Elghan
c/o Jay B Goss
Bruchez, Goss, Thornton, Meronoff & Hawt
4343 Carter Creek Pkwy Suite 100
Bryan TX 77802-4455

KTML Contractors LLC
815 Ray Canton Rd.
Belmont, LA 71406-5195

Kathleen Cynthia Pickett
Kathleen Cynthia Pickett PC
600 Travis Street Suite 4700
Houston TX 77002-2913

Keeton Services Inc
3322 Longmire Drive
College Station TX 77845-6088

Keeton Services, Inc.
c/o Mark E. Stipe
4500 NE Evangeline Thwy
Carencro, LA 70520-5253

Patrick Kelley
Ireland, Carroll, & Kelley
6101 South Broadway
Suite 500
Tyler, TX 75703-4408

Key Energy Services Inc
PO Box 69
El Campo TX 77437-0069

Key Energy Services, LLC
c/o Zachary S. McKay
Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, TX 77084-4927

Key Energy Services, LLC
c/o Margaret Banahan
Dore Law Group PC
17171 Park Row Suite 160
Houston TX 77084-4927

Key Energy Services, LLC
c/o Zachary S. McKay
Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084-4927

Chad Kindle
Premier Flow Contrl, LLC
P.O. Box 959
Corsicana, TX 75151-0959

Yu-Fu King
Cavazos, Hendricks, Poirot & Smitham, PC
Suite 570, Foundrs Square
900 Jackson Street
Dallas, TX 75202-2413

Peter C. Lewis
Scheef & Stone, LLP
500 N. Akard, 27th Floor
Dallas, TX 75201-3306

Lewis Inspection Services, Inc
c/o Mark Maltsberger
219 E William J Bryan Parkway
Bryan TX 77803-5353

Linda Payne
Bankruptcy Trustee for
Richland Resources Corp 13-42921
12770 Coit Road, Suite 541
Dallas, Texas 75251-1366

Louisiana Transportation Inc
7800 W Little York Road
Houston TX 77040-5310

Lufkin International Lift Systems
11050 West Little York Bldg P
Houston TX 77041-5056

Patrick M. Lynch
Beasley, Hightower & Harris, P.C.
1601 Elm Street, Suite 4350
Dallas, TX 75201-7234

M B Environmental Service LLC
9480 FM 563
Wallisville TX 77597

M I L L C
5950 North Course Drive
Houston TX 77072-1626

MKS Services LLC
6389 US 79
Palestine TX 75801

MS Crescent One SPV, LLC
c/o Heather M. Forrest
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202-3748

Macro Inc
101 Millstone Rd.
Broussard, LA 70518-4234

Madisonville Service Contractors LP
3989 Interstate 45
Madisonville TX 77864-4468

McElroy Sullivan Miller Weber
1201 Spyglass Drive #200
Austin TX 78746-6941

Duston K. McFaul
Sidley Austin LLP
1000 Louisiana St.
Suite 6000
Houston, TX 77002-6004

Zachary S. McKay
Dore Law Group, P.C.
17171 Park Row, Suite 160
Houston, TX 77084-4927

McKnight Services, LLC
c/o Jason D Bath
Bush & Ramirez, PLLC
5615 Kirby Drive Suite 900
Houston TX 77005-2452

Micar Transportation Inc
1416 E FM 323
Palestine TX 75801-8859

Midway Oilfield Constructors Inc
12627 Texas 21
Midway TX 75852

Midway Oilfield Constructors Inc
c/o Steven L Allbritton
1515 Emerald Plaza
College Station TX 77845-1515

Monocor Energy Systems LLC
200 S Glass & Railroad Street
Franklin TX 77856-5572

Multi-Shot LLC
3335 Pollok Drive
Conroe, TX 77303-5702

Multi-Shot, LLC
c/o William R. Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125

Multishot Industries
c/o William R Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway Suite 1700
Houston TX 77019-2125

NOV Tuboscope Machining Services
7909 Parkwood Circle Dr
Houston TX 77036-6565

Nabors Drilling USA LP
c/o Laurie McDonald
515 West Greens Rd.
Houston, TX 77067-4531

National Oilwell Varco LP
7909 Parkwood Circle Drive
Houston TX 77036-6757

National Oilwell Varco, LP
c/o Ian McCarthy
Barnett & Garcia
3821 Juniper Trace Suite 108
Austin TX 78738-5514

Navasota Oilfield Services Inc
5907 FM 3455
Navasota TX 77868-6819

New Tech Global Ventures LLC
1030 Regional Park Drive
Houston TX 77060-1117

Nimble Worldwide
12801 N Central Expy #900
Dallas TX 75243-1727

Nitro-Lift Technologies
3801 SE Evangeline Trwy
Lafayette, LA 70508

Nitro-Lift Technologies
PO Box 3307
Lafayette, LA 70502-3307

Nitro-Lift Technologies
c/o William R. Sudela
Crady Jewett & McCullye LLP
2727 Allen Pkwy., Ste. 1700
Houston, TX 77019-2125

Nitro-Lift Technologies, LLC
c/o William R. Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125

North Texas Tollway Authority
5900 W Plano Pkwy #100
Plano TX 75093-4695

Official Unsecured Creditors Committee
c/o Patrick Kelley
Ireland, Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, TX 75703-4408

Oil States Energy Services LLC
c/o Oil States International, Inc.
333 Clay St., Ste. 4980
Houston, TX 77002-4101
Attn: Ellen Pennington

Oilfield Anchor Co Inc
d/b/a P&L Rentals
600 N John St
PO Box 2090
Palestine TX 75802-2090

PCS Ferguson Inc
3771 Eureka Way
Frederick CO 80516-9446

PCS Ferguson, Inc.
c/o Zachary S. McKay
Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084-4927

Linda Payne
Bankruptcy Trustee for
Richland Resources Corp 13-42921
12770 Coit Road, Suite 541
Dallas, TX 75251-1366

Kathleen Cynthia Pickett
Hoover Slovacek, LP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056-5839

Pinnergy LTD
One Congress Plaza
111 Congress Ave Suite 2020
Austin TX 78701-4080

Pipe Maintenance Inc
5678 FM 1249 E
Kilgore TX 75662-8127

Pipe Pros Inc
1729 N Clarkwood Road
Building 101
Corpus Christi TX 78409-2415

Platinum Energy Solutions and Platinum P
c/o Donald Ray Burger
3410 Mercer
Houston TX 77027-6508

Platinum Energy Solutions, Inc. and Platinum
Pressure Pumping, Inc.
c/o Richard L. Fuqua
Fuqua & Associates, PC
5005 Riverway, Suite 250
Houston, TX 77056-2131

Platinum Pressure Pumping
635 Rue Ssholastique
Scott, LA 70583-4503

Platinum Pressure Pumping
635 Rue Scholastique
Scott LA 70583-4503

Pond s Welding Service
JR Smith Welding Services
1217 Beechwood Drive
Long Pond PA 18334-7946

Premier Flow Control L.L.C.
c/o George Yu-Fu King
Cavazos, Hendricks, Poirot & Smitham, PC
900 Jackson Street, Suite 570
Dallas, Texas 75202-2413

Premier Flow Control LLC
1200 W. 2nd Ave.
Corsicana, TX 75110-3703

Premier Flow Control LLC
8511 Interstate 10 Frontage Road
San Antonio TX 78244

Premiere Inc
615 N Landry Drive
New Iberia LA 70563-1610

Pro-Tec Inspection, Inc
c/o Law Office of Thomas H. Brown
116 N. Kilgore St.
Kilgore, TX 75662-5822

Pro-Tec Inspections Inc
19736 Selby Avenue
Poolesville MD 20837-2409

Pruitt's Frac Tanks, LLC d/b/a TP Servi
c/o David Zdunkewicz, Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002-2929

Ram Rod Trucking Inc
3009 Hohl Street
Houston TX 77093-6921

Rand Foley and Rand Inc
203 Main Street
Donie TX 75838-9803

Rand, Foley And Rand
dba Vaquero Energy Services
P.O. Box 328
Groesbeck, TX 76642-0328

Renegade Torque and Test
2303 Willow Pass Drive
Kingwood TX 77339-3641

Republic Rentals LLC
990 Oak Ridge Drive
Keller TX 76248-2905

Richland Resources Corp.
PO Box 386
Rockwall, TX 75087-0386

Rig 2 Rig Transportation LLC
915 Gale St
Houston TX 77009-2021

Scott Alan Ritcheson
Ritcheson, Lauffer & Vincent, P.C
821 ESE Loop 323, Suite 530
Tyler, TX 75701-9779

Rockwall CAD
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie Spindler Huffman
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

Rockwall County Tax Assessor
101 S Fannin St
Rockwall TX 75087-3700

Rockwall ISD
1050 Williams St
Rockwall TX 75087-2600

Rod & Tubing Services LLC
7932 W State Highway 21
Bryan TX 77807-4953

Royal T Energy LLC
8866 Gulf Fwy #425
Houston, Texas 77017-6590

Roywell Services Inc
Scott T. Citek
c/o Lamm & Smith, PC
3730 Kirby Dr., Ste. 650
Houston, TX 77098-3930

Roywell Services, Inc.
P. O. Box 1329
Bellaire, TX 77402-1329

Howard C. Rubin
Kessler & Collins
2100 Ross Avenue, Suite 750
Dallas, TX 75201-6707

Christopher J. Ryan
Baker Hughes Oilfield Operations, Inc.
2929 Allen Pkwy.
Suite 2100
Houston, TX 77019-7111

S & B Pumping Services LLC
PO Box 275
Leona TX 75850-0275

Sam Manning Dirt Work
P O Box 402
Normangee TX 77871-0402

Jason Searcy
P. O. Box 3929
Longview, TX 75606-3929

Jason R Searcy
PO Box 3929
Longview, TX 75606-3929

Joshua P. Searcy
Searcy & Searcy, P.C.
PO Box 3929
Longview, TX 75606-3929

Signature Stock Transfer Inc
2632 Coachlight Ct
Plano TX 75093-3850

Smith International Inc
16740 E Hardy Rd
Houston TX 77032-1125

Solids Solutions LLC
5720 Valley Street
Alvarado TX 76009-6386

Sovereign Bank
%Richard G. Dafoe
Vincent Lopez Serafino Jenevein, PC
1601 Elm Street, Ste. 4100
Dallas, TX 75201-7274

Sovereign Bank
c/o Jack F. Roberson
17950 Preston Road, Suite 500
Dallas, TX 75252-4641

William Ross Spence
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX 77019-7100

Laurie A. Spindler
Linebarger, Goggan, Blair & Sampson
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

Stabil Drill Specialties LLC
608 Richey Road
Houston TX 77090-5710

Steadfast Resources LLC
1330 Post Oak Blvd Suite 1600
Houston TX 77056-3072

Steadfast Resources, LLC
c/o Michael Maltzoff, Manager
2100 West Loop South, 16th Floor
Houston, TX 77027-3515

Stellar Oilfield Rental LLC
2196 Hwy 84
Palestine TX 75801-1416

Jeremy R. Stone
Mehaffy Weber, P.C.
500 Dallas, Suite 1200
Houston, TX 77002-4805

Suddath Companies
Jameson & Dunagan, P.C.
c/o Chris P. Jameson, Sr.
3890 W. Northwest Hwy., Ste. 600
Dallas, TX 75220-5236

William R. Sudela
Crady Jewett & McCulley. LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019-2125

Sulphur Springs ISD
631 Connally St
Sulphur Springs TX 75482-2499

Sun Delta, Inc.
c/o James E. Bradley, Attorney
5718 Westheimer, Rd.
Suite 1525
Houston, TX 77057-5832

Superall Environmental
22215 Tuwa Rd
Tomball TX 77375-5282

T-Force Energy Services
c/o Charles Conrad
Coats/Rose
3 E Greenway Plaza Suite 2000
Houston TX 77046-0307

TForce Energy Services Inc.
Jon Paul Hoelscher
Charles Conrad
Coats Rose
3 East Greenway Plaza, Suite 2000
Houston, Texas 77046-0307

TKO Rentals & Services. LLC
c/o Law Office of Thomas H. Brown
116 N. Kilgore Street
Kilgore, TX 75662-5822

TP Services
5600 East State Highway 21
Bryan TX 77808-8632

TanMar Rentals LLC
c/o Craig Cavalier
P.O. Box 270565
Houston, TX 77277-0565

TanMar Rentals, LLC
302 Unatex Rd.
Eunice, LA 70535-7060

Taurus
c/o James S Robertson, Jr
Wilson, Robertson & Cornelius PC
909 E Southeast Loop 323
Tyler TX 75701-9612

Ted W Walters & Associates LP
2014 Republic Dr
Tyler TX 75701-8417

Ted W. Walters & Associates, LP
c/o Glen Patrick
McNally & Patrick, LLP
100 E. Ferguson, Ste 400
Tyler, TX 75702-5758

Texas Hot Oilers Inc
1005 County Road 217
Giddings TX 78942-6118

Texas Hot Oilers, Inc (SC5088)
PO Box 1007
Giddings TX 78942-1007

Texas Hot Oilers, Inc (SC5089)
PO Box 1007
Giddings TX 78942-1007

Thomas Oilfield Services
1702 E. Texas St.
Bossier City, LA 71111-3904

Thomas Oilfield Services LLC
317 S 8th St
Weatherford OK 73096-4827

Top Notch Energy Services
5025 Leopard St
Corpus Christi TX 78408-2514

Total Thru Tubing
6150 Deer Run Circle
Sandia, TX 78383-5747

Total Thru Tubing
c/o Gray P Scoggins
71 N Wright St
Alice TX 78332-4903

Total Thru Tubing Services Inc
3933 FM 1889
Robstown TX 78380-6088

Christopher Hardy Trickey
401 Congress Ave., Ste. 2200
Austin, TX 78701-3790

Trinity Environmental Services LP
9807 FM 563
Liberty TX 77575-7323

Trinity Environmental Services, LLC
c/o Christopher H. Trickey
Graves Dougherty Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, TX 78701-3790

Triple F Oilfield Service LLC
3393 FM 417 E
Shelbyville TX 75973-1707

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

John M. Vardeman
UST Office
110 N. College St., Suite 300
Tyler, TX 75702-7231

Varel International
1625 W Crosby Rd
Carrollton TX 75006-6694

Vintage Filings
350 Hudson Street
New York NY 10014-4504

Vintage Filings, LLC
SKO Brenner American
P.O. Box 9320
Baldwin, NY 11510-9320

WI-Five Broadband
PO Box 270
Forney TX 75126-0270

WS Energy Services LLC
445 NCR 425
Premont TX 78375

WS Energy Services, LLC
c/o Gray P Scoggins
71 N Wright St
Alice TX 78332-4903

Worthy W. Walker
1445 Ross, Suite 2500
Dallas, TX 75202-2701

Water Kleen Inc
3642 State Highway 34
Ennis TX 75119-1416

Weatherford U.S. L.P.
c/o Zachary S. McKay
Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084-4927

Weatherford U.S., L.P.
c/o Zachary S. McKay
Dore' Law Group, P.C.
17171 Park Row, Suite 160
Houston, TX 77084-4927

Weatherford US LP
515 Post Oak Boulevard
Suite 600
Houston, TX 77027-9408

Weatherford US LP
c/o Jonathan D Saikin & Jeremy Roberts
Weycer, Kaplan, Pulaski & Zuber PC
1 Greenway Plaza Suite 1400
Houston TX 77046-0100

Wedge Supply LLC
1132 N 1st St
Garland TX 75040-5102

Mark A. Weisbart
The Law Office of Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, TX 75251-1366

M. Gaddy Wells
Downs Stanford, PC
2001 Bryan Street, Suite 4000
Dallas, TX 75201-3041

Jay K. Wieser
Jackson Walker, L.L.P.
777 Main St., Ste. 2100
Fort Worth, TX 76102-5366

W. Alan Wright
Kilpatrick Townsend & Stockton LLP
2001 Ross Ave Ste 4400
Dallas, TX 75201-2924

Jennifer Wulf
Weatherford US, LP
2000 St. James Place
Houston, TX 77056-4123

Zach's Pressure Washing
611 Richardson Street
Athens, TX 75751-3416

Zach's Pressure Washing
CR 130, PR 205
Fairfield, TX 75840

Zeke s Trucking Co., Inc.
24 Merlin Spur
Huntsville, TX 77320-0526

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fox Tank Company
5580 Highway 180 East
Albany, TX 76430

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Amerril Energy, LLC

(u)Aqua Transfer and Energy Services, L.L.C.

(d)Aztec Pipe, Inc.
116 Lafferty Drive
Broussard, LA 70518-3103

(d)Baker Hughes Oilfield Operations, Inc.
c/o William R. Sudela
Crady, Jewett & McCulley, LLP
2727 Allen Parkway, Suite 1700
Houston, TX 77019-2125

(d)Barnett Well Services, LLP
12310 Cleburne Highway
Cresson, TX 76035-3118

(d)C&J Spec-Rent Services, Inc.
4460 Highway 77
Robstown, TX 78380

(u)Claim filed in wrong case

(u)Max Elghandour

(d)Franks Water Pumping
1921 S Magnolia
Luling TX 78648-4070

(u)Kenneth A Goggans

(u)Kristoffer R Goggans

(u)MS Crescent One SPV, LLC

(d)Multi-Shot LLC
3335 Pollok Drive
Conroe TX 77303-5702

(d)PCS Ferguson, Inc.
3771 Eureka Way
Frederick, CO 80516-9446

(u)Platinum Energy Solutions, Inc. and Platin

(d)Premier Flow Control, LLC
8511 Interstate 10 Frontage Road
San Antonio, TX 78244

(d)Pro-Tec Inspection, Inc.
c/o Law Office of Thomas H. Brown
116 N. Kilgore Street
Kilgore, TX 75662-5822

(d)Jason R. Searcy
P. O. Box 3929
Longview, TX 75606-3929

(d)Jason Searcy.
P. O. Box 3929
Longview, TX 75606-3929

(d)Jason Searcy.
P. O. Box 3929
Longview, TX 75606-3929

(u)Sun Delta, Inc.
Level 2, 30 Richardson St.
West Perth 6005
P. O. Box 1786
West Perth, WA 6872

(u)TForce Energy Services, Inc.
9 Greenway Plaza
Suite 1100
Houston

(d)TKO Rentals and Services LLC
c/o Law Office of Thomas H Brown
116 N. Kilgore St.
Kilgore, TX 75662-5822

(d)Total Thru Tubing
6150 Deer Run Circle
Sandia TX 78383-5747

(d)Total Thru Tubing Services, Inc.
3933 FM 1889
Robstown, TX 78380-6088

(u)Trinity Environmental Services, LLC

(u)WS Energy Services, LLC

(d)Weatherford US LP
515 Post Oak Boulevard Suite 600
Houston TX 77027-9408

End of Label Matrix
Mailable recipients   325
Bypassed recipients    28
Total                 353